| | |
|---|---|
| Attorney or Party without Attorney:<br>ANTHONY E. MCNAMER<br>MCNAMER AND COMPANY P.C.<br>519 S. W. THIRD AVENUE<br>SUITE 601<br>PORTLAND, OR 97204<br>Telephone No: 503-727-2500 | For Court Use Only<br><br>FILED<br>08 APR 22 PM 3: 26<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| Attorney for: Plaintiff | Ref. No. or File No.: 500 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: TIMOTHY PARKER, et al.
Defendant: NATIONAL TOBACCO, LP

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-01933 WHA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; SUPPLEMENTAL ORDER TO ORDER SETTING CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; ORDER SETTING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; COMPLAINT.

3. a. Party served: NATIONAL TOBACCO, LP
   b. Person served: MARGARET WILSON, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served: 818 W. 7TH STREET
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 14, 2008 (2) at: 10:50AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: NATIONAL TOBACCO, LP
   Other: LIMITED PARTNERSHIP

7. **Person Who Served Papers:**       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                    d. *The Fee for Service was:*
   b. **FIRST LEGAL SUPPORT SERVICES** e. I am: (3) registered California process server
      1511 W. BEVERY BLVD.                (i) Independent Contractor
      LOS ANGELES, CA 90071               (ii) Registration No.:    5141
   c. 213-250-1111                         (iii) County:             Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Fri, Apr. 18, 2008

   (DOUG FORREST)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

6412846.mcnco.127694