1   Bruce H. Jackson, State Bar No. 98118
        bruce.h.jackson@bakernet.com
2   **BAKER & McKENZIE LLP**
    Two Embarcadero Center, 11th Floor
3   San Francisco, CA  94111-3802
    Telephone:  +1 415 576 3000
4   Facsimile:   +1 415 576 3099

5   Attorneys for Defendant
    NATIONAL TOBACCO COMPANY, LP
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12   TIMOTHY PARKER and XAVIER MOSLEY,        **Case No.  C-08-01933 WHA**
     p.k.a. Blackalicious,
13                                            **DECLARATION OF WINIFRED**
                    Plaintiffs,               **CHANE IN SUPPORT OF MOTION**
14                                            **BY DEFENDANT NATIONAL**
            v.                                **TOBACCO COMPANY TO DISMISS,**
15                                            **TRANSFER OR STAY IN FAVOR OF**
     NATIONAL TOBACCO COMPANY LP,             **FIRST-FILED ACTION IN NEW**
16                                            **YORK; OR, IN THE ALTERNATIVE,**
                    Defendant.                **TO TRANSFER FOR THE**
17                                            **CONVENIENCE OF THE PARTIES**
                                              **AND WITNESSES UNDER**
18                                            **28 U.S.C. § 1404(a)**

19                                            **Date:    June 19, 2008**
                                              **Time:    8:00 a.m.**
20                                            **Crtrm: 9, 19th Floor**
                                              **Before: The Honorable William H. Alsup**
21

22                                            **[FILED VIA E-FILING]**

23

24

25

26

27

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

Case No C-08-01933 WHA
CHANE DECL IN SUPPORT OF MOTION BY DEF. NATIONAL TOBACCO TO TRANSFER/DISMISS OR STAY

1     I, Winifred Chane, declare as follows:

2     1.     I am Director of Marketing of The CMJ Network, Inc. ("CMJ"), which acts as an agent for

3     defendant National Tobbacco Company, L.P. ("NTC") and runs NTC's Zig-Zag® Live

4     ("ZigZagLive") promotions.  I have personal knowledge of the matters set forth herein, and, if called

5     as a witness, I could and would testify competently thereto.

6     2.     I work in CMJ's New York, New York headquarters.  In 2006, NTC, as part of the

7     ZigZagLive tour and through its agent CMJ, entered into an agreement with Phoenix

8     Media/Communications Group, a Massachusetts corporation ("Phoenix Media") to sponsor (along

9     with other sponsors) a music festival in Boston, Massachusetts in May 2006 called the Phoenix Best

10    Music Poll 2006 ("Phoenix 2006").  Phoenix 2006 was organized and publicized by Phoenix Media,

11    which includes the Boston Phoenix newspaper and its affiliated radio stations.  On behalf of ZigZag

12    Live, I signed the contract with Phoenix Media by which ZigZagLive became a sponsor of Phoenix

13    2006.  A true copy of the sponsorship contract is attached as Exhibit A.

14    3.     I understand that Blackalicious was one of the bands that performed at Phoenix 2006.  A true

15    copy of one of Phoenix Media's promotional pages for Phoenix 2006 showing ZigZagLive as a

16    sponsor and Blackalicious as a performer at the sponsored event is attached as Exhibit B.

17    4.     I am not aware of any complaint by Blackalicious concerning the ZigZagLive website's

18    content concerning Blackalicious, which included a review of Blackalicious's performance at

19    Phoenix 2006 along with a photo of Blackalicious and a link to Blackalicious's website until late

20    March, 2008.

21

22    I declare under penalty of perjury under the laws of the United States of America that the foregoing

23    is true and correct and that this declaration was executed on May 5, 2008 at New York, New York.

24

25                                                         Winifred Chane

26

27    SFODMS/6547706.1

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

1

# Exhibit A

## THE EIGHTEENTH ANNUAL
## 2006 FNX/PHOENIX BEST MUSIC POLL



 

# ASSOCIATE SPONSORSHIP

**FNX Radio Network - :30 Promotional Announcements April-May (5 weeks):**
125x on 101.7 WFNX (Boston, MA)
125x on 92.1 WFEX (Manchester, NH)
**Value:** $17,000

**Boston Phoenix Print Promotional Support April-May (4 weeks):**
Total Number of Phoenix ads with logo exposure:
4 full-page ads in The Boston Phoenix
**Value:** $19,000

**Online at** www.thephoenix.com **and** www.fnxradio.com:
Sponsors receive logo placement on the pages along with a link back to your site for a two-month period.
**Value:** $6,600



**Signage/Event Marketing**
Up to eight (8) 3'x5' Banner @ Best Music Poll in Boston (Lansdowne Street)
Booth space @ Best Music Poll in Boston (Lansdowne Street)
Signage as sponsor of one of the club shows on Lansdowne Street
**Value:** $7,500

**VIP Party**
Associate Sponsors receive 6 VIP invitations to Lansdowne Street show (5/18) and Bank of America Pavilion (5/25)
**Value:** $3,000

---

**BMP SPONSORSHIP VALUE:    $55,000**

(continued)                    EXHIBIT A

## ADDED VALUE TO PROMOTE:



**Boston Phoenix Print Advertising (circulation: 157k)**
Four (4) Eighth page ads promoting ZigZagLive.com in the Music & Clubs Listings (4c if available)
Two (2) Quarter-page 4c ads to promote the May and June shows
**Value:** $17,808

**Online at** www.thephoenix.com:
50k impressions per month to promote the May and June shows
Target our LISTINGS section – the most popular part of our site
**Value:** $2,500
Dedicated Email Blast to Phoenix.com subscribers (10k):
**Value:** $1,200
Enter-to-win ticket give-away
**Value:** $1000
Additional 25k impressions for May – can start immediately

**Phoenix Street Team Guerilla Marketing:**
LANSDOWNE STREET (5/18):
One (1) Table on Lansdowne Street – giving away hats, t-shirts, etc. and collecting email addresses for ZigZagLive.com
One (1) Table in the lobby of Avalon – giving away hats, t-shirts, etc. and collecting email addresses for ZigZagLive.com
At least one (1) person roaming Lansdowne Street during the show – giving away hats, t-shirts, etc. and collecting email addresses for ZigZagLive.com
TOTAL: 3-6 people

BANK OF AMERICA PAVILION (5/25):
At least one (1) person roaming BOA during the show – giving away hats, t-shirts, etc. and collecting email addresses for ZigZagLive.com
TOTAL: 1-2 people

**Value:** $1000

---

**TOTAL VALUE:**          **$78,508**

**SPONSOR INVESTMENT:**   **$10,000** (net) (net 30 to pay)

5·03 06

Authorized By:                                Date: 5/1/2006
Winifred Chane
The CMJ Network
151 West 25th Street, 12th Floor
New York, NY 10001-7204
Phone: (917) 606-1908 x245
Fax: (917) 606-1914

# Exhibit B



EXHIBIT B