1  Bruce H. Jackson, State Bar No. 98118
   bruce.h.jackson@bakernet.com
2  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
3  San Francisco, CA  94111-3802
   Telephone: +1 415 576 3000
4  Facsimile:  +1 415 576 3099

5  Attorneys for Defendant
   NATIONAL TOBACCO COMPANY, LP
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| 12 | TIMOTHY PARKER and XAVIER MOSLEY, p.k.a. Blackalicious, | **Case No.  C-08-01933 WHA** |
|---|---|---|
| 13 |  | **[PROPOSED]** |
| 14 | Plaintiffs, | **ORDER GRANTING DEFENDANT NATIONAL TOBACCO COMPANY'S MOTION TO DISMISS, STAY OR TRANSFER IN FAVOR OF FIRST-FILED ACTION IN NEW YORK; OR IN THE ALTERNATIVE TO TRANSFER FOR THE CONVENIENCE OF PARTIES AND WITNESSES UNDER 28 U.S.C. § 1404(a)** |
| 15 | v. | |
| 16 | NATIONAL TOBACCO COMPANY LP, | |
| 17 | Defendant. | |
| 18 |  | |
| 19 |  | |
| 20 |  | **Date:** June 19, 2008<br>**Time:** 8:00 a.m.<br>**Crtrm:** 9, 19th Floor<br>**Before:** The Honorable William H. Alsup |
| 21 |  | |
| 22 |  | **[FILED VIA E-FILING]** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

Case No C-08-01933 WHA
[PROPOSED] ORDER GRANTING DEF'S MOTION TO DISMISS, TRANSFER OR STAY

1  The motion of Defendant National Tobacco Company LP ("NTC") to dismiss, stay or
2  transfer in favor of first-filed action; or in the alternative to transfer for the convenience of the
3  parties and witnesses under 28 U.S.C. § 1404(a) came on regularly for hearing before this Court on
4  June 19, 2008 at 8:00 a.m.

5  After considering the moving and opposition papers, arguments of counsel, and all other
6  matters presented to the Court, IT IS HEREBY ORDERED that:

7  _____    NTC'S motion to dismiss this action in favor of the first-filed New York
8  Action is GRANTED.

9  _____    NTC'S motion to stay this action in favor of the first-filed New York Action
10 is GRANTED.

11 _____    NTC'S motion to transfer this action to the Southern District of New York in
12 favor of the first-filed New York Action is GRANTED.

13 _____    NTC'S motion to transfer this action to the Southern District of New York
14 pursuant to 28 U.S.C. § 1404(a) is hereby GRANTED.

16  IT IS SO ORDERED.

17  Date: _____    _____
18                                            The Honorable William H. Alsup
                                              United States District Judge

20  SFODMS/6547442.1

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

Case No C-08-01933 WHA
[PROPOSED] ORDER GRANTING DEF'S MOTION TO DISMISS OR TRANSFER OR STAY