1  Bruce H. Jackson, State Bar No. 98118
    bruce.h.jackson@bakernet.com
2  **BAKER & McKENZIE LLP**
    Two Embarcadero Center, 11th Floor
3  San Francisco, CA  94111-3802
    Telephone: +1 415 576 3000
4  Facsimile:  +1 415 576 3099

5  Attorneys for Defendant
    NATIONAL TOBACCO COMPANY, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY PARKER and XAVIER MOSLEY, p.k.a. Blackalicious,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL TOBACCO COMPANY LP,<br><br>    Defendant. | **Case No.  C-08-01933 WHA**<br><br>**NOTICE OF INTERESTED PARTIES BY DEFENDANT NATIONAL TOBACCO COMPANY LP**<br><br>**Before: The Honorable William H. Alsup**<br><br>**[FILED VIA E-FILING]** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6547432.1

Case No C-08-01933 WHA
DEF'S NOTICE OF INTERESTED PARTIES

Pursuant to Local Rule 3-16, Defendant National Tobacco Company LP ("NTC") hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities, either: (i) have a financial interest in the subject matter in controversy or in a party to this proceeding, or (ii) have a non-financial interest in this subject matter or in a party that could be substantially affected by the outcome of this proceeding.

| Interested Party | Party's Connection and Interest |
|---|---|
| 1. NORTH ATLANTIC HOLDING COMPANY, a Delaware corporation with its principal place of business in Louisville, Kentucky. | Indirect parent company of Defendant NTC. |

Dated: May 5, 2008

BAKER & McKENZIE LLP
BRUCE H. JACKSON

By: /s/
    Bruce H. Jackson
Attorneys for Defendant
NATIONAL TOBACCO COMPANY, LP

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6547432.1

1

Case No C-08-01933 WHA
DEF'S NOTICE OF INTERESTED PARTIES