1  Bruce H. Jackson, State Bar No. 98118
    bruce.h.jackson@bakernet.com
2  **BAKER & McKENZIE LLP**
    Two Embarcadero Center, 11th Floor
3  San Francisco, CA 94111-3802
    Telephone: +1 415 576 3000
4  Facsimile: +1 415 576 3099

5  Attorneys for Defendant
    NATIONAL TOBACCO COMPANY, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY PARKER and XAVIER MOSLEY, p.k.a. Blackalicious,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL TOBACCO COMPANY LP,<br><br>Defendant. | Case No. C-08-01933 WHA<br><br>**CERTIFICATE OF SERVICE OF DEFENDANT NATIONAL TOBACCO COMPANY LP**<br><br>[FILED VIA E-FILING] |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6548250.1

Case No C-08-01933 WHA
CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I, Christine von Seeburg, declare: I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Two Embarcadero Center, Suite 1100, San Francisco, CA 94111. On May 8, 2008, I served the attached

1. NOTICE OF MOTION AND MOTION BY DEFENDANT NATIONAL TOBACCO COMPANY TO DISMISS, STAY OR TRANSFER IN FAVOR OF FIRST-FILED ACTION IN NEW YORK; OR IN THE ALTERNATIVE TO TRANSFER FOR THE CONVENIENCE OF THE PARTIES AND WITNESSES UNDER 28 U.S.C. § 1404(a)

2. DECLARATION OF WINIFRED CHANE IN SUPPORT OF MOTION BY DEFENDANT NATIONAL TOBACCO COMPANY TO DISMISS, STAY OR TRANSFER IN FAVOR OF FIRST-FILED ACTION IN NEW YORK; OR IN THE ALTERNATIVE TO TRANSFER FOR THE CONVENIENCE OF THE PARTIES AND WITNESSES UNDER 28 U.S.C. § 1404(a)

3. DECLARATION OF MARCELLA BALLARD IN SUPPORT OF MOTION BY DEFENDANT NATIONAL TOBACCO COMPANY TO DISMISS, STAY OR TRANSFER IN FAVOR OF FIRST-FILED ACTION IN NEW YORK; OR IN THE ALTERNATIVE TO TRANSFER FOR THE CONVENIENCE OF THE PARTIES AND WITNESSES UNDER 28 U.S.C. § 1404(a)

4. [PROPOSED] ORDER GRANTING DEFENDANT NATIONAL TOBACCO COMPANY'S TO DISMISS, STAY OR TRANSFER IN FAVOR OF FIRST-FILED ACTION IN NEW YORK; OR IN THE ALTERNATIVE TO TRANSFER FOR THE CONVENIENCE OF THE PARTIES AND WITNESSES UNDER 28 U.S.C. § 1404(a)

5. NOTICE OF INTERESTED PARTIES BY DEFENDANT NATIONAL TOBACCO COMPANY LP

6. NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING IN NEW YORK BY DEFENDANT NATIONAL TOBACCO COMPANY LP

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6548243.1

1

Case No C-08-01931 JSW
CERTIFICATE OF SERVICE

7. US DISTRICT COURT DOCKET SHEET IN THIS ACTION, REFLECTING THAT THIS IS AN E-FILING CASE

by serving the above documents on counsel for Plaintiff, who is not registered for e-filing in the U.S. District Court for the Northern District of California, via Federal Express and electronic mail:

| | |
|---|---|
| **Anthony E. McNamer, Esq.**<br>**Anthony@mcnamerlaw.com**<br>**McNAMER AND COMPANY P.C.**<br>**519 S.W. Third Avenue, Suite 601**<br>**Portland, Oregon  97204-2534**<br><br>**Telephone:**   503.727.2500<br>**Facsimile:**    503.727.2501 | Attorneys for Plaintiffs Timothy Parker and Xavier Mosley |

☒ **(VIA ELECTRONIC TRANSMISSION)** I caused each such document to be sent via electronic transmission to the e-mail address referenced above.

☒ **(VIA FEDERAL EXPRESS OVERNIGHT COURIER)** I placed such sealed envelope, for collection, at BAKER & McKENZIE LLP, San Francisco, California. I am readily familiar with the practice of BAKER & McKENZIE LLP for collection and processing of overnight packages, said practice being that in the ordinary course of business, documents are deposited with the overnight courier the same day as they are placed for collection.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on May 8, 2008.

*Christine von Seeburg* (signature)
Christine von Seeburg

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6548250.1

2

Case No C-08-01933 WHA
CERTIFICATE OF SERVICE