Bruce H. Jackson, State Bar No. 98118
bruce.h.jackson@bakernet.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

Attorneys for Defendant
NATIONAL TOBACCO COMPANY, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY PARKER and XAVIER MOSLEY, p.k.a. Blackalicious,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL TOBACCO COMPANY LP,<br><br>Defendant. | Case No.  C-08-01933 JSW<br><br>**RE-NOTICE OF MOTION AND MOTION BY DEFENDANT NATIONAL TOBACCO COMPANY TO DISMISS, STAY OR TRANSFER IN FAVOR OF FIRST-FILED ACTION IN NEW YORK; OR, IN THE ALTERNATIVE, TO TRANSFER FOR THE CONVENIENCE OF THE PARTIES AND WITNESSES UNDER 28 U.S.C. § 1404(a)**<br><br>Date:   **June 13, 2008**<br>Time:   **9:00 a.m.**<br>Crtrm: **2, 17th Floor**<br>Before: **The Honorable Jeffrey S. White**<br><br><br>**[FILED VIA E-FILING]** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6548409.1

CASE NO C-08-01933 JSW
RE-NOTICE OF MOTION AND MOTION BY DEF. NATIONAL TOBACCO TO TRANSFER/DISMISS OR STAY

## RE-NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that, in light of the issuance of the Related Case Order by the Honorable Jeffrey S. White, dated May 9, 2008, relating the case entitled <u>Riley, et al. v. National Tobacco Company LP</u>, Case No. C 08-01931 JSW and the case entitled <u>Parker, et al. v. National Tobacco Company LP</u>, Case No. C 08-01933 WHA, the motion of Defendant National Tobacco Company LP for an order dismissing, staying or transferring the action in favor of the first-filed action in the United States District Court for the Southern District of New York, or in the alternative, transferring this action for the convenience of the parties and witnesses under 28 U.S.C. § 1404 ("Motion"), previously scheduled to be heard before the Honorable William Alsup in Courtroom 9, on Thursday, June 19, 2008, at 8:00 a.m., has been rescheduled to be heard on **Friday, June 13, 2008 at 9:00 a.m.** before the Honorable Jeffrey S. White, in Courtroom 2 of the above-entitled Court, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, CA 94102.

This Motion is based on the following grounds: that the principles of comity and the preservation of judicial resources favor dismissing, staying or transferring an action where a substantially similar action was first-filed in another district court; and that the convenience of the parties and witnesses favors transferring the action to New York. This Motion is based upon this re-notice of motion and motion and the following court-filed pleadings, previously filed with the Court on May 5, 2008: the memorandum of points and authorities in support of the motion, the

///

///

///

///

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6548243.1

1

CASE NO C-08-01933 JSW
RE - NOTICE OF MOTION AND MOTION BY DEF. NATIONAL TOBACCO TO TRANSFER/DISMISS OR STAY

1 declarations of Marcella Ballard and Winifred Chane, and the proposed order submitted, and upon
2 such other matters as may be presented to the Court at the time of the hearing.

4 Dated:  May 9, 2008                                        Respectfully submitted,

5                                                                                  BAKER & McKENZIE LLP
                                                                                       BRUCE H. JACKSON

8                                                                                  By:_____/s/_____
                                                                                              Bruce H. Jackson
                                                                                       Attorneys for Defendant
9                                                                                  NATIONAL TOBACCO COMPANY, LP

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

2

SFODMS/6548409.1

CASE NO C-08-01933 JSW
RE - NOTICE OF MOTION AND MOTION BY DEF. NATIONAL TOBACCO TO TRANSFER/DISMISS OR STAY