Bruce H. Jackson, State Bar No. 98118
bruce.h.jackson@bakernet.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

Attorneys for Defendant
NATIONAL TOBACCO COMPANY, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY PARKER and XAVIER MOSLEY, p.k.a. Blackalicious,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL TOBACCO COMPANY LP,<br><br>Defendant. | Case No. C-08-01933 JSW<br><br>STIPULATION AND <s>[PROPOSED]</s> ORDER<br><br>CONTINUING HEARING DATE OF MOTION BY DEFENDANT NATIONAL TOBACCO COMPANY TO DISMISS, STAY OR TRANSFER IN FAVOR OF FIRST-FILED ACTION IN NEW YORK; OR, IN THE ALTERNATIVE, TO TRANSFER FOR THE CONVENIENCE OF THE PARTIES AND WITNESSES UNDER 28 U.S.C. § 1404(a)<br><br>Existing Date: June 13, 2008<br>Time: 9:00 a.m.<br>Crtrm: 2, 17th Floor<br>Before: The Honorable Jeffrey S. White<br><br>REQUESTED DATE: June 20, 2008<br><br>[FILED VIA E-FILING] |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

CASE NO C-08-01933 JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE OF DEF'S MOTION TO DISMISS, STAY OR TRANSFER
SFODMS/6548566.1

1    Plaintiffs Timothy Parker and Xavier Mosley ("Plaintiffs") and Defendant National Tobacco
2    Company ("Defendant"), through their respective counsel of record, agree and stipulate as follows:
3    WHEREAS, by Order granting Defendant National Tobacco Company LP's motion to
4    consider whether cases are related, dated May 9, 2008, the above-captioned case was ordered to be a
5    related case to the case entitled Riley, et al. v. National Tobacco Company LP, Case No. C 08-01931
6    JSW ("the Riley case");
7    WHEREAS, Defendant had previously filed a motion in the above-captioned case for an
8    order dismissing, staying or transferring the action in favor of the first-filed action in the United
9    States District Court for the Southern District of New York, or in the alternative, transferring this
10   action for the convenience of the parties and witnesses under 28 U.S.C. § 1404 ("Motion"), before
11   the Honorable William Alsup in Courtroom 9, which was set for a hearing on June 19, 2008;
12   WHEREAS, in the Riley case, Defendant had also filed a similar motion for an order
13   dismissing, staying or transferring the action in favor of the first-filed action in the United States
14   District Court for the Southern District of New York, or in the alternative, transferring this action for
15   the convenience of the parties and witnesses under 28 U.S.C. § 1404, in this court, which was set for
16   hearing on June 13, 2008 at 9:00 a.m.;
17   WHEREAS, once the above-captioned case and the Riley case were related and for purposes
18   of judicial economy, Defendant filed a re-notice of the hearing date of the Motion in the above-
19   captioned case from June 19, 2008 to June 13, 2008, at 9:00 a.m., to coincide with the existing
20   hearing date of Defendant's motion the Riley case;
21   WHEREAS, counsel for Plaintiffs Timothy Parker and Xavier Mosley, whose office is in
22   Portland, Oregon, is unavailable to travel to San Francisco to attend the June 13, 2008 hearing, due
23   to previously scheduled commitments.
24   IT IS HEREBY STIPULATED AND AGREED UPON, that due to the unavailability of
25   Plaintiffs' counsel to attend the hearing set for June 13, 2008, the hearing date for the Motion,
26   presently scheduled for June 13, 2008 at 9:00 a.m. before the Honorable Jeffrey S. White, in

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

1

CASE NO C-08-01933 JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE OF DEF'S MOTION TO DISMISS, STAY OR TRANSFER
SFODMS/6548566.1

Courtroom 2 of the above-entitled Court, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, CA 94102, shall be continued to **June 20, 2008 at 9:00 a.m.**, in the same location.

IT IS SO STIPULATED.

Dated: May 13, 2008

Respectfully submitted,

BAKER & McKENZIE LLP
BRUCE H. JACKSON

By: _____
Bruce H. Jackson
Attorneys for Defendant
NATIONAL TOBACCO COMPANY, LP

Dated: May 13, 2008

McNamer & Company P.C.
Anthony E. McNamer

By: _____
Anthony E. McNamer
Attorneys for Plaintiffs
TIMOTHY PARKER and
XAVIER MOSLEY,
p.k.a. Blackalicious

**ORDER**

IT IS SO ORDERED.

Date: May 14, 2008

_Jeffrey S. White_
U.S. DISTRICT COURT JUDGE

2

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

CASE NO C-08-01933 JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE OF DEF'S MOTION TO DISMISS, STAY OR TRANSFER
SFODMS/6548566.1