1  Bruce H. Jackson, State Bar No. 98118
   bruce.h.jackson@bakernet.com
2  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
3  San Francisco, CA 94111-3802
   Telephone: +1 415 576 3000
4  Facsimile:  +1 415 576 3099

5  Attorneys for Defendant
   NATIONAL TOBACCO COMPANY, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND RILEY p.k.a. Boots Riley, SOLOMON DAVID and MARLON IRVING p.k.a. Lifesavas,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL TOBACCO COMPANY LP,<br><br>Defendant. | Case No. C-08-01931 JSW<br><br>[PROPOSED]<br><br>**ORDER GRANTING APPLICATION OF MARCELLA BALLARD FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>Crtrm:  2, 17th Floor<br>Before: The Honorable Jeffrey S. White |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Case No C-08-01931 JSW
[PROPOSED] ORDER GRANTING APPLICATION OF MARCELLA BALLARD FOR ADMISSION ATTORNEY PRO HAC VICE
SFODMS/6547900.1

1   MARCELLA BALLARD, an active member in good standing of the bar of New York and
2   admitted to practice in the United States District Courts for the Southern and Eastern Districts of
3   New York and the Eastern District of Michigan, whose business address and telephone number is:

Marcella Ballard, Esq.
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: 212.626.4100

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *Pro Hac Vice* basis, representing Defendant National Tobacco Company LP,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *Pro Hac Vice*. Service of papers upon and communications with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Date: MAY 1 6 2008

_____
Jeffrey S. White
U.S. DISTRICT COURT JUDGE

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Case No C-08-01931 JSW
[PROPOSED] ORDER GRANTING APPLICATION OF MARCELLA BALLARD FOR ADMISSION ATTORNEY PRO HAC VICE
SFODMS/6547900.1