1  Bruce H. Jackson, State Bar No. 98118
   bruce.h.jackson@bakernet.com
2  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
3  San Francisco, CA 94111-3802
   Telephone: +1 415 576 3000
4  Facsimile: +1 415 576 3099

5  Attorneys for Defendant
   NATIONAL TOBACCO COMPANY LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY PARKER and XAVIER MOSLEY, p.k.a. Blackalicious,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL TOBACCO COMPANY LP,<br><br>Defendant. | Case No. C-08-01933 JSW<br><br>[PROPOSED]<br><br>**ORDER GRANTING APPLICATION OF MARCELLA BALLARD FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>Crtrm: 2, 17th Floor<br>Before: The Honorable Jeffrey S. White<br><br>[FILED VIA E-FILING] |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6547890.1

Case No C-08-01933 JSW
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

1  MARCELLA BALLARD, an active member in good standing of the bar of New York and
2  admitted to practice in the United States District Courts for the Southern and Eastern Districts of
3  New York and the Eastern District of Michigan, whose business address and telephone number is:

4  Marcella Ballard, Esq.
   Baker & McKenzie LLP
5  1114 Avenue of the Americas
6  New York, New York 10036
   Tel: 212.626.4100
7
   Having applied in the above-entitled action for admission to practice in the Northern District
8
9  of California on a *Pro Hac Vice* basis, representing Defendant National Tobacco Company LP,

10  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
11  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *Pro Hac*
12  *Vice*. Service of papers upon and communications with co-counsel designated in the application will
13  constitute notice to the party. All future filings in this action are subject to the requirements
14  contained in General Order No. 45, Electronic Case Filing.
15

16      May 28, 2008
        Date:_____     /s/ Jeffrey S. White
17                                              U.S. DISTRICT COURT JUDGE

18
19
20
21
22
23
24
25
26
27
28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6547890.1

Case No C-08-01933 JSW
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

# CERTIFICATE OF SERVICE

I, Christine von Seeburg, declare: I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Two Embarcadero Center, Suite 1100, San Francisco, CA 94111. On May 13, 2008, I served the attached

**[PROPOSED] ORDER GRANTING APPLICATION OF MARCELLA BALLARD FOR ADMISSION OF ATTORNEY PRO HAC VICE**

on the parties in this action by placing true and correct copies thereof in sealed packages, addressed as follows:

| | |
|---|---|
| Anthony E. McNamer, Esq.<br>Anthony@mcnamerlaw.com<br>McNAMER AND COMPANY P.C.<br>519 S.W. Third Avenue, Suite 601<br>Portland, Oregon 97204-2534<br><br>Telephone:   503.727.2500<br>Facsimile:   503.727.2501 | Attorneys for Plaintiffs<br>Timothy Parker and<br>Xavier Mosley |

☒ **(BY U.S. MAIL)** I placed such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at BAKER & McKENZIE LLP, San Francisco, California, following ordinary business practices. I am readily familiar with the practice of BAKER & McKENZIE LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

☐ **(VIA ELECTRONIC TRANSMISSION)** I caused each such document to be sent via electronic transmission to the e-mail address referenced above.

☐ **(VIA FEDERAL EXPRESS OVERNIGHT COURIER)** I placed such sealed envelope, for collection, at BAKER & McKENZIE LLP, San Francisco, California. I am readily familiar with the practice of BAKER & McKENZIE LLP for collection and processing of overnight packages, said practice being that in the ordinary course of business, documents are deposited with the overnight courier the same day as they are placed for collection.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on May 13, 2008.

*/s/ Christine von Seeburg*
Christine von Seeburg

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6547890.1

2

Case No C-08-01933 JSW
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE