1  Bruce H. Jackson, State Bar No. 98118
   bruce.h.jackson@bakernet.com
2  Irene V. Gutierrez, State Bar No. 252927
   irene.v.gutierrez@bakernet.com
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA  94111-3802
   Telephone: +1 415 576 3000
5  Facsimile:  +1 415 576 3099

6  Attorneys for Defendant
   NATIONAL TOBACCO COMPANY, LP

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  TIMOTHY PARKER and XAVIER MOSLEY, p.k.a. Blackalicious | **Case No.  C-08-01933 JSW** |
| 13                  Plaintiffs, | **NOTICE OF APPEARANCE OF IRENE V. GUTIERREZ** |
| 14       v. | **[FILED VIA E-FILING]** |
| 15  NATIONAL TOBACCO COMPANY LP, | |
| 16                  Defendant. | |

17
18
19
20
21
22
23
24
25
26
27
28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6549834.1

1   I am one of the attorneys for Defendant National Tobacco Company, LP in this action and, pursuant to General Order 45, section IV.C, I am filing this Notice of Appearance so that I may electronically file/serve and receive all documents in this matter.

My pertinent information is as follows:

Irene V. Gutierrez (State Bar No. 252927)
Baker & McKenzie LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111
Telephone:  415 576 3000
Facsimile:  415 576 3099
e-mail:  irene.v.gutierrez@bakernet.com

Attorney for Defendant NATIONAL TOBACCO COMPANY, LP


Dated:  May 30, 2008                BAKER & McKENZIE LLP
                                    BRUCE H. JACKSON
                                    IRENE V. GUTIERREZ


                                    By:  /s/
                                        Irene V. Gutierrez
                                     Attorneys for Defendant
                                     NATIONAL TOBACCO COMPANY, LP

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6549834.1

1

Case No C-08-01933 JSW
NOTICE OF APPEARANCE OF IRENE V. GUTIERREZ