Bruce H. Jackson, State Bar No. 98118
bruce.h.jackson@bakernet.com
Irene V. Gutierrez, State Bar No. 252927
irene.v.gutierrez@bakernet.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

Marcella Ballard, Admitted *Pro Hac Vice*
marcella.ballard@bakernet.com
**BAKER & MCKENZIE LLP**
1114 Avenue of the Americas
New York, NY  10036
Telephone: +1 212 626 4100
Facsimile:  +1 212 310 1600

Attorneys for Defendant
NATIONAL TOBACCO COMPANY, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY PARKER and XAVIER MOSLEY, p.k.a. Blackalicious,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL TOBACCO COMPANY LP,<br><br>Defendant. | **Case No.  C-08-01933 JSW**<br><br>**NOTICE OF APPEARANCE OF MARCELLA BALLARD**<br><br>**[FILED VIA E-FILING]** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6549842.1

Case No C-08-01933 JSW
NOTICE OF APPEARANCE OF MARCELLA BALLARD

1  I am one of the attorneys for Defendant National Tobacco Company, LP in this action and,
2  pursuant to General Order 45, section IV.C, I am filing this Notice of Appearance so that I may
3  electronically file/serve and receive all documents in this matter.
4  My pertinent information is as follows:
5  Marcella Ballard (Admitted *Pro Hac Vice* in this matter on May 28, 2008)
   Baker & McKenzie LLP
6  1114 Avenue of the Americas
   New York, NY  10036
7  Telephone:  212 626 4100
   Facsimile:  212 310 1600
8  e-mail:  marcella.ballard@bakernet.com
9  Attorney for Defendant NATIONAL TOBACCO COMPANY, LP

Dated:  May 30, 2008

BAKER & McKENZIE LLP
BRUCE H. JACKSON
IRENE V. GUTIERREZ

BAKER & McKENZIE LLP
MARCELLA BALLARD


By:  /s/ _____
     Marcella Ballard
   Attorneys for Defendant
   NATIONAL TOBACCO COMPANY, LP

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6549842.1