1  Bruce H. Jackson, State Bar No. 98118
   bruce.h.jackson@bakernet.com
2  Irene V. Gutierrez, State Bar No. 252927
   irene.v.gutierrez@bakernet.com
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA 94111-3802
   Telephone: +1 415 576 3000
5  Facsimile:  +1 415 576 3099

6  Marcella Ballard, Admitted *Pro Hac Vice*
   marcella.ballard@bakernet.com
7  **BAKER & MCKENZIE LLP**
   1114 Avenue of the Americas
8  New York, NY 10036
   Telephone: +1 212 626 4100
9  Facsimile:  +1 212 310 1600

10 Attorneys for Defendant
   NATIONAL TOBACCO COMPANY, LP
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

16 TIMOTHY PARKER and XAVIER MOSLEY,      Case No. C-08-01933 JSW
   p.k.a. Blackalicious
17                                        **REPLY DECLARATION OF
            Plaintiffs,                   WINIFRED CHANE IN SUPPORT OF
18                                        MOTION TO DISMISS, STAY OR
       v.                                 TRANSFER BY DEFENDANT
19                                        NATIONAL TOBACCO COMPANY**
   NATIONAL TOBACCO COMPANY LP,
20                                        Date:      June 20, 2008
            Defendant.                    Time:      9:00 a.m.
21                                        Courtroom: 2, 17th Floor
                                          Before: The Honorable Jeffrey S. White
22
                                          [FILED VIA E-FILING]
23

24

25

26

27

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

NYCDMS/1089570.1

REPLY DECL OF WINIFRED CHANE ISO DEF'S MOTION TO DISMISS, STAY OR TRANSFER    Case No C-08-01933 JSW

I, Winifred Chane, declare as follows:

1. I am Director of Marketing of The CMJ Network, Inc. ("CMJ"), which acts as an agent for defendant National Tobbacco Company, L.P. ("NTC") and runs NTC's Zig-Zag® Live ("ZigZagLive") promotions. I have personal knowledge of the matters set forth herein, and, if called as a witness, I could and would testify competently thereto.

2. As set forth in my previous declaration, in 2006, NTC, as part of the ZigZagLive tour and through its agent CMJ, entered into an agreement with Phoenix Media/Communications Group, a Massachusetts corporation ("Phoenix Media") to sponsor (along with other sponsors) Phoenix Best Music Poll 2006 in Boston, Massachusetts ("Phoenix 2006"). I signed the sponsorship contract that was attached to my previous declaration as Exhibit A from New York, NY, and transmitted it to Phoenix Media at its offices in Massachusetts. I negotiated the sponsorship contract with my contact Kate Iannotti at Phoenix Media, who worked in Phoenix Media's Massachusetts offices.

3. Phoenix Media provided to ZigZagLive all of the artist information – including biographical information, photos, website links, blog entries and show reviews – for the artists that performed at Phoenix 2006, including Blackalicious. All information on Blackalicious that was posted on the ZigZagLive website was obtained from Phoenix Media in Massachusetts or Rhode Island to CMJ in New York, as agent for NTC.

4. CMJ received the artist information such as biographical information, photos and website links from Phoenix Media. I understand that this information from Phoenix Media was provided to Phoenix Media by the artists or their agents or managers as approved information.

5. The blog entries and reviews regarding Blackalicious that were posted on the ZigZagLive website related to Blackalicious's performance at Phoenix 2006 in Boston, Massachusetts rather than elsewhere.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

NYCDMS/1089570.1

1

Case No C-08-01931 JSW
REPLY DECL OF WINIFRED CHANE ISO DEF'S MOTION TO DISMISS, STAY OR TRANSFER

1. I declare under penalty of perjury under the laws of the United States of America that the
2. foregoing is true and correct and that this declaration was executed on June 6, 2008 at New York,
3. New York.

Winifred Chane

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

NYCDMS/1089570.1

2

Case No C-08-01933 JSW
REPLY DECL OF MARCELLA BALLARD ISO DEF'S MOTION TO DISMISS, STAY OR TRANSFER