1  Bruce H. Jackson, State Bar No. 98118
    bruce.h.jackson@bakernet.com
2  Irene V. Gutierrez, State Bar No. 252927
    irene.v.gutierrez@bakernet.com
3  **BAKER & McKENZIE LLP**
    Two Embarcadero Center, 11th Floor
4  San Francisco, CA  94111-3802
    Telephone: +1 415 576 3000
5  Facsimile:  +1 415 576 3099

6  Marcella Ballard, Admitted *Pro Hac Vice*
    marcella.ballard@bakernet.com
7  **BAKER & McKENZIE LLP**
    1114 Avenue of the Americas
8  New York, NY  10036
    Telephone: +1 212 626 4100
9  Facsimile:  +1 212 310 1600

10 Attorneys for Defendant
    NATIONAL TOBACCO COMPANY, LP

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16 TIMOTHY PARKER and XAVIER MOSLEY,        Case No.  C-08-01933 JSW
    p.k.a. Blackalicious
17                                            **EVIDENTIARY OBJECTIONS BY
                    Plaintiffs,               DEFENDANT NATIONAL TOBACCO
18                                            COMPANY TO DECLARATION
            v.                                TESTIMONY PROFFERED BY
19                                            PLAINTIFFS**
    NATIONAL TOBACCO COMPANY LP,
20                                            Date:          **June 20, 2008**
                    Defendant.                Time:          **9:00 a.m.**
21                                            Courtroom:     **2, 17th Floor**
                                              **Before:  The Honorable Jeffrey S. White**
22

23                                            **[FILED VIA E-FILING]**

24

25

26

27

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

NYCDMS/1089471.2

Case No C-08-01933 JSW
EVIDENTIARY OBJS BY DEFENDANT TO DECLARATION TESTIMONY BY PLAINTIFFS

Pursuant to Civil Local Rule 7-5, Rule 56 of the Federal Rules of Civil Procedure, Rules 401, 402, 403, 601, 602, 701, 702, 801and 802 of the Federal Rules of Evidence, and 28 U.S.C. §1746, Defendant National Tobacco Company LP ("NTC") hereby submits the following evidentiary objections to various declaration testimony argued by Plaintiffs Timothy Parker and Xavier Mosley ("Plaintiffs") in support of their opposition to NTC's motion to dismiss, stay, or transfer, as well as the declaration testimony argued by Anthony McNamer in support of the same.

N.D. Cal. Civil Local Rule 7-5(b) provides that "[a]n affidavit or declarations may contain only facts, must conform as much as possible to the requirements of Federal Rule of Civil Procedure 56(e), and must avoid conclusions and argument.  Any statement made upon information or belief must specify the basis therefor."  *See also* <u>Reiffin v. Microsoft Corp.</u>, 270 F.Supp. 2d 1132, 1144 (N.D. Cal. 2003); <u>EEOC v. Lexus of Serramonte</u>, 2006 U.S. Dist. LEXIS 67895, at *13 (N.D. Cal. Sept. 11, 2006).

Federal Rule of Civil Procedure 56(e) requires opposing affidavits to be made on personal knowledge, set forth specific facts that would be admissible in evidence, and show that the affiant is competent to testify to the matters stated therein.  Fed. R. Civ. Proc. 56(e); *see also* <u>Columbia Pictures Indus. Inc. v. Prof'l Real Estate Investors, Inc.</u>, 944 F.2d 1525 (9th Cir. 1991) (finding that a witnesses's declaration did not satisfy the requirements of Fed. R. Civ. P. 56(e) because it was based, not on personal knowledge, but rather on "information and belief" without specifying the basis therefor).  A declaration not in compliance with Civil Local Rule 7-5(b), including the requirements of Federal Rule of Civil Procedure 56(e), may be stricken in whole or in part.  Civil L.R. 7-5(b).  Thus, NTC requests that the Court sustain the objections and strike the portions of declarations listed below.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

NYCDMS/1089471.2

1

Case No C-08-01933 JSW
EVIDENTIARY OBJS BY DEFENDANT TO DECLARATION TESTIMONY BY PLAINTIFFS

# OBJECTIONS TO EVIDENCE

## Declaration of Timothy Parker, Filed May 30, 2008

| Obj. No. | Para./Exh. No. | Basis of Objection |
|---|---|---|
| 1 | ¶ 4, "It was recently discovered that, since April 2006, National Tobacco Company LP ("National Tobacco") has been using our names, likeness and biography to promote its products, specifically its Zig-Zag branded products." | Lack of Personal Knowledge Hearsay  [FED.R.EVID. 602, 801, 802] |
| 2 | ¶ 4, "National Tobacco had no license or authority to use our names, likeness and biography and therefore violated our right of publicity." | Lack of Personal Knowledge Legal Conclusion [FED.R.EVID. 602, 701] |
| 3 | ¶ 8, "I assume that we would be the primary witnesses in this case, along with our manager, who also resides in California." | Legal Conclusion Lack of Personal Knowledge  [FED.R.EVID. 602, 701] |
| 4 | ¶ 8, "…the only nexus New York has to this action is that National Tobacco's attorneys have an office there." | Lack of Personal Knowledge Conclusion [FED.R.EVID. 602, 701] |
| 5 | ¶ 9, "It would also be completely inefficient to force the individual plaintiffs to defend an action in New York, when the substantive claims that underlie National Tobacco's declaratory relief "claims" are all contained in the action currently pending in the Northern District | Lack of Personal Knowledge Conclusion [FED.R.EVID. 602, 701] |

2

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

NYCDMS/1089471.2

Case No C-08-01933 JSW
EVIDENTIARY OBJS BY DEFENDANT TO DECLARATION TESTIMONY BY PLAINTIFFS

| | | of California." | |
|---|---|---|---|
| | 6 | ¶ 9, "National Tobacco's counsel also has an office in San Francisco . . ." | Not relevant<br><br>[FED.R.EVID. 401, 402] |
| | 7 | ¶ 10, "National Tobacco's use of Blackalicious's and my name, photograph and biography on its website injures my professional reputation and my ability to perform in California, the Pacific Northwest and throughout the United States." | Lack of Personal Knowledge<br>Speculative<br>Conclusion<br><br>[602, 701] |
| | 8 | Final Paragraph, "I hereby declare that the above statement is true to the best of my knowledge and belief and that I understand that is made for use as evidence in court and is subject to penalty for perjury." | Lack of Personal Knowledge<br>Improper Verification<br><br>[FED. R. EVID. 602, 28 U.S. § 1746] |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

NYCDMS/1089471.2

Case No C-08-01933 JSW
EVIDENTIARY OBJS BY DEFENDANT TO DECLARATION TESTIMONY BY PLAINTIFFS

# Declaration of Xavier Mosley, Filed May 30, 2008

| Obj. No. | Para./Exh. No. | Basis of Objection |
|---|---|---|
| 9 | ¶ 4, "It was recently discovered that, since April 2006, National Tobacco Company LP ("National Tobacco") has been using our names, likeness and biography to promote its products, specifically its Zig-Zag branded products." | Lack of Personal Knowledge<br>Hearsay<br><br>[FED.R.EVID. 602, 801, 802] |
| 10 | ¶ 4, "National Tobacco had no license or authority to use our names, likeness and biography and therefore violated our right of publicity." | Lack of Personal Knowledge<br>Legal Conclusion<br>[FED.R.EVID. 602, 701] |
| 11 | ¶ 8, "I assume that we would be the primary witnesses in this case, along with our manager, who also resides in California." | Legal Conclusion<br>Lack of Personal Knowledge<br><br>[FED.R.EVID. 602, 701] |
| 12 | ¶ 8, "…the only nexus New York has to this action is that National Tobacco's attorneys have an office there." | Lack of Personal Knowledge<br>Conclusion<br>[FED.R.EVID. 602, 701] |
| 13 | ¶ 9, "It would also be completely inefficient to force the individual plaintiffs to defend an action in New York, when the substantive claims that underlie National Tobacco's declaratory relief "claims" are all contained in the action currently pending in the Northern District of California." | Lack of Personal Knowledge<br>Conclusion<br>[FED.R.EVID. 602, 701] |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

NYCDMS/1089471.2

Case No C-08-01933 JSW
EVIDENTIARY OBJS BY DEFENDANT TO DECLARATION TESTIMONY BY PLAINTIFFS

| 14 | ¶ 9, "National Tobacco's counsel also has an office in San Francisco . . ." | Not relevant [FED.R.EVID. 401, 402] |
| 15 | ¶ 10, "National Tobacco's use of Blackalicious's and my name, photograph and biography on its website injures my professional reputation and my ability to perform in California, the Pacific Northwest and throughout the United States." | Lack of Personal Knowledge Speculative Conclusion [602, 701] |
| 16 | Final Paragraph, "I hereby declare that the above statement is true to the best of my knowledge and belief and that I understand that is made for use as evidence in court and is subject to penalty for perjury." | Lack of Personal Knowledge Improper Verification [FED. R. EVID. 602, 28 U.S. § 1746] |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

NYCDMS/1089471.2

Case No C-08-01933 JSW
EVIDENTIARY OBJS BY DEFENDANT TO DECLARATION TESTIMONY BY PLAINTIFFS

1

## Declaration of Anthony McNamer, Filed May 30, 2008

2

3

| Obj. No. | Para./Exh. No. | Basis of Objection |
|---|---|---|
| 17 | ¶ 5, "Unbeknownst to me, and (sic) direct contraction (sic) of Ms. Ballard (sic) purported interest in discussing settlement, Ms. Ballard had already filed a declaratory relief case in the Southern District of New York." | Lack of Personal Knowledge Speculation  [FED.R.EVID. 602, 701] |
| 18 | Final Paragraph, "I hereby declare that the above statement is true to the best of my knowledge and belief and that I understand that is made for use as evidence in court and is subject to penalty for perjury." | Lack of Personal Knowledge Improper Verification  [FED. R. EVID. 602, 28 U.S. § 1746] |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18    Dated:  June 6, 2008                    Respectfully submitted,

19                                            **BAKER & McKENZIE LLP**
                                             BRUCE H. JACKSON
                                             IRENE V. GUTIERREZ
20

21                                           **BAKER & McKENZIE LLP**
                                             MARCELLA BALLARD
22

23                                           By:  /s/
24                                               Marcella Ballard
                                             Attorneys for Defendant
25                                           NATIONAL TOBACCO COMPANY, LP

26

27

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

NYCDMS/1089471.2