IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMONTY PARKER, et al.

    Plaintiff,

  v.

NATIONAL TOBACCO COMPANY, LP,

    Defendant.
                                     /

No. C 08-01933 JSW

**ORDER VACATING HEARING DATE**

This matter is set for a hearing on June 20, 2008, on Defendant's Motion to Dismiss, Stay or Transfer in Favor of First-Filed Action in New York, having considered the parties' pleadings, the Court finds the matter suitable for disposition without oral argument and HEREBY VACATES the hearing date. *See* N.D. Civ. L.R. 7-1(b). The matter is deemed submitted and a written ruling shall issue in due course.

**IT IS SO ORDERED.**

Dated: June 10, 2008

                                                    JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE