IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMONTY PARKER, et al.

    Plaintiff,

  v.

NATIONAL TOBACCO COMPANY, LP,

    Defendant.

No. C 08-01933 JSW

**ORDER RE PENDING MOTION**

The Court HEREBY ADVISES the parties that it shall defer ruling on Defendant's Motion to Dismiss, Stay or Transfer in Favor of First-Filed Action in New York pending a ruling on the Motion to Dismiss for Improper Venue and Forum Non Conveniens in *National Tobacco Company v. Parker, et al.*, 08-CV-3833-SAS. The parties are HEREBY ORDERED to inform the Court of Judge Scheindlin's ruling within five days of the issuance of the order on that motion.

**IT IS SO ORDERED.**

Dated: July 2, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE