Bruce H. Jackson, State Bar No. 98118
  bruce.h.jackson@bakernet.com
Irene V. Gutierrez, State Bar No. 252927
  irene.v.gutierrez@bakernet.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

Marcella Ballard, Admitted *Pro Hac Vice*
  marcella.ballard@bakernet.com
**BAKER & MCKENZIE LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: +1 212 626 4100
Facsimile: +1 212 310 1600

Attorneys for Defendant
NATIONAL TOBACCO COMPANY, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY PARKER and XAVIER MOSLEY, p.k.a. Blackalicious,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL TOBACCO COMPANY LP,<br><br>Defendant. | Case No. C-08-01933 JSW<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[FRCP 41(a)(1)(ii)]<br><br>**Courtroom:** 2, 17th Floor<br>**Before: The Honorable Jeffrey S. White**<br><br>[FILED VIA E-FILING] |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6555067.1

Case No C-08-01933 JSW
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

WHEREAS, Plaintiffs Timothy Parker and Xavier Mosley, p.k.a. Blackalicious ("Plaintiffs") and Defendant National Tobacco Company, LP ("Defendant") (collectively the "Parties"), by and through their attorneys, have settled fully and finally this matter, as reflected in formal settlement papers entitled "Confidential Settlement Agreement and Mutual Release" ("the Settlement Agreement");

WHEREAS, pursuant to the terms and conditions of the Settlement Agreement and Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties desire a dismissal with prejudice of all claims in this litigation;

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED AS FOLLOWS:

That the above-captioned action be and hereby is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), with each party to bear its own attorneys' fees and costs.

Dated: July 30, 2008

Respectfully submitted,

**BAKER & McKENZIE LLP**
BRUCE H. JACKSON
IRENE V. GUTIERREZ

**BAKER & McKENZIE LLP**
MARCELLA BALLARD

By: _____
   Marcella Ballard
Attorneys for Defendant
NATIONAL TOBACCO COMPANY, LP

Dated: July 30, 2008

**McNAMER AND COMPANY P.C.**
**ANTHONY E. McNAMER**

By: _____
   Anthony E. McNamer
Attorneys for Plaintiffs
Timothy Parker and
Xavier Mosley, p.k.a. Blackalicious

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6555067.1

1

Case No C-08-01933 JSW
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE